```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/07/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL, AND INDUSTRY FUND, the NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, and the NEW YORK CITY AND VICINITY CARPENTERS LABOR-MANAGEMENT CORPORATION,

Plaintiffs,

-against-

JAMES DEAN CONTRACTING CORP., JDC CORPORATE SERVICES, INC., C&L MAINTENANCE INC., SCOTT DONNARUMMA, and LISA PERRETTI,

Defendants.

11 CV 5879 (JMF) (GWG)

**CONSENT JUDGMENT**

---

With the consent of all Plaintiffs, and with the consent of Defendants James Dean Contracting Corp., JDC Corporate Services, Inc., and C&L Maintenance, Inc., the Court hereby renders judgment as follows:

1. Judgment is rendered in favor of Plaintiffs Trustees of the New York City District Council of Carpenters Pension Fund, Welfare Fund, Annuity Fund, and Apprenticeship, Journeyman Retraining, Educational, and Industry Fund, the New York City Carpenters Relief and Charity Fund, and the New York City and Vicinity Carpenters Labor-Management Corporation (collectively, "Plaintiffs"), and against Defendants James Dean Contracting Corp., JDC Corporate Services, Inc., and C&L Maintenance, Inc., jointly and severally, in the amount of $4,260,540.16. This judgment shall not be enforced against James Dean Contracting until August 1, 2014.

Case 1:11-cv-05879-JMF Document 70-1 Filed 02/07/14 Page 2 of 2
Case 1:11-cv-05879-JMF Document 67 Filed 02/06/14 Page 2 of 2
Jan 31 2014 12:47AM James Dean Contracting 6096931474 page 2

2. The undersigned parties stipulate to and request entry of this Consent Judgment.

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL, AND INDUSTRY FUND, THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, AND THE NEW YORK CITY AND VICINITY CARPENTERS LABOR-MANAGEMENT CORPORATION

By: _____
Name: Kyl Tielber
Title: Executive Director

JAMES DEAN CONTRACTING CORP.

By: _____
Name: Scott Donnarumma
Title: President

C&L MAINTENANCE, INC.

By: _____
Name: Lisa Perretti
Title: President

JDC CORPORATE SERVICES, INC.

By: _____
Name: Rae D. Koshetz
Title: Attorney for JDC Corporate Services, Inc.

IT IS SO ORDERED this  7th  day of  February , 2014.

_____
JESSE FURMAN
UNITED STATES DISTRICT JUDGE

The Clerk of Court is directed (1) to enter judgment consistent with the above; (2) in light of the stipulation of dismissal as to claims against all other defendants, to close the case. All motions are moot. All conferences and the trial are cancelled.